UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

    DAVID JOHN ANTON
    DEBORAH ANTON,                        Case No. 13-12619-DT
                                                            Bankruptcy No. 08-64144

        Debtors.
_____/

MICHAEL GIDELSKI, SR., Personal
Representative of the Estate of Hattie A.
Gidelski,

        Plaintiff,

v.                                                          Adv. No. 09-4344

DAVID JOHN ANTON and DEBORAH ANTON,

        Defendants.
_____/

**ORDER DENYING APPEAL, AFFIRMING BANKRUPTCY JUDGMENT**

On June 14, 2013, Plaintiff Michael Gidelski, Sr., Personal Representative of the Estate of Hattie A. Gidelski, appealed the Bankruptcy court's May 6, 2013 judgment. The appeal has been fully briefed, and the court conducted a hearing on the matter on October 23, 2013.  For the reasons stated fully on the record,

IT IS ORDERED that Plaintiff's appeal is DENIED, and the May 6, 2013 judgment of the bankruptcy court is AFFIRMED.

                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated:  October 24, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 24, 2013, by electronic and/or ordinary mail.

 S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522