# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE
    DAVID JOHN ANTON
    DEBORAH ANTON,                    Case No. 13-12619-DT
                                                          Bankruptcy No. 08-64144

              Debtors.
_____/

MICHAEL GIDELSKI, SR., Personal
Representative of the Estate of Hattie A.
Gidelski,

              Plaintiff,

v.                                                               Adv. No. 09-4344

DAVID JOHN ANTON and DEBORAH ANTON,

              Defendants.
_____/

## JUDGMENT

In accordance with the court's October 24, 2013 "Order Denying Appeal, Affirming Bankruptcy Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants David John Anton and Deborah Anton, and against Plaintiff Michael Gidelski, Sr., Personal Representative of the Estate of Hattie A. Gidelski.  Dated at Detroit, Michigan, this 24th day of October, 2013.

                                                                       DAVID J. WEAVER
                                                                       CLERK OF THE COURT


                                                                       BY: S/Lisa Wagner
                                                                         Lisa Wagner, Deputy Clerk
                                                                          and Case Manager to
                                                                          Judge Robert H. Cleland